UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

Rosa Soto, Plaintiff,

v.

Commissioner of Social Security, Defendant.

-------------------------------------------------------x

Civil No. 1:26-cv-04006-SLC

~~PROPOSED~~
SCHEDULING ORDER

IT IS HEREBY ORDERED that:

| Action | Due Date |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | October 23, 2026 |
| Government's Opposition and Cross-Motion for Judgment On the Pleadings | December 29, 2026 |
| Plaintiff's Reply (if any) | January 21, 2027 |

SO ORDERED. July 23, 2026

Sarah L Cave

Honorable Sarah L. Cave
United States Magistrate Judge